PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Court) | 3:11-00048-BAJ | | |
| DOCKET NUMBER (Rec. Court) | 16-CR-138 S(2) | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| **Maria Spears**<br>**601 Vintage Dr.**<br>**Kenner, Louisiana 70065** | Louisiana Middle | | |
| | NAME OF SENTENCING JUDGE | | |
| | Chief Judge Brian A. Jackson | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/12/14 | TO 8/11/16 |
| OFFENSE | | | |
| Wire Fraud<br>18 U.S.C. 1343 | | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2016 AUG -3 P 1:30
WILLIAM W. BLEVINS
CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Louisiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

Brian A. Jackson
*Chief United States District Judge*

7/14/16
*Date*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 3, 2016
*Effective Date*

*United States District Judge*

___Fee
___Process
X Dktd
___CtRmDep
___Doc. No.