**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-138** |
| **VERSUS** | * | **SECTION: "S"** |
| **MARIA SPEARS** | * | |

* * *

**<u>RULE TO REVOKE SUPERVISED RELEASE</u>**

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

1.

Defendant, **MARIA SPEARS**, pled guilty in the Middle District of Louisiana on December 7, 2011 for violating Title 18, United States Code, Section 1343 (Wire Fraud). On December 6, 2012, **MARIA SPEARS,** was sentenced to twenty-one (21) months imprisonment. **MARIA SPEARS** was placed on supervised release for a period of two years commencing on August 12, 2014. (A copy of the Judgment in a Criminal Case is attached as Exhibit 1).

2.

Details of the defendant's supervised release are set forth in the Petition for Warrant for Offender Under Supervision. (*See* Rec. Doc. #2). On August 3, 2016, Chief U.S. District Judge Kurt Engelhardt accepted jurisdiction over defendant's supervised release. (*See* Rec. Doc. 1).

**MARIA SPEARS,** violated the terms and conditions of her supervised release in the manner set forth in the Petition for Warrant or Summons for Offender Under Supervision dated February 19, 2016. (*See* Rec. Doc. #2).

**WHEREFORE**, the Government prays that the defendant, **MARIA SPEARS,** be brought before this Court and a copy of this Rule be served upon her, and that she be ordered to show cause before United States District Judge Mary Ann Vial Lemmon why her supervised release should not be revoked.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*/s/ Carter K. D. Guice, Jr.*
CARTER K.D. GUICE, JR. (LA BAR #16771)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3072
Carter.Guice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Carter K. D. Guice, Jr.*
CARTER K. D. GUICE, JR.
Assistant United States Attorney