**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-138** |
| **VERSUS** | * | **SECTION: "S"** |
| **MARIA SPEARS** | * | |

* * *

**<u>O R D E R</u>**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **MARIA SPEARS** appear before this Court on the **_______ day of August, 2016 at _______ o'clock ___.m.** to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this ______ day of August, 2016.

________________________________________
**HONORABLE MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**