MINUTE ENTRY
VAN MEERVELD, M.J.
SEPTEMBER 2, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-138 |
| MARIA SPEARS | SECTION "S" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES: X DEFENDANT WITH/WITHOUT COUNSEL
X ASSISTANT U.S. ATTORNEY CARTER GUICE Michael Simpson for
X PROBATION OFFICER MICHAEL FULHAM
__ INTERPRETER ______ SWORN
(TIME: .M to .M)

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ SUMMARIZED WAIVED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_/ BOND SET AT ______

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_/ DEFENDANT RELEASED ON BOND
_/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR ______

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
September 16, 2016 at 10:00 am

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
September 6, 2016 at 2:00 pm

**X / RULE TO REVOKE SUPERVISED RELEASE IS SET OCTOBER 27, 2016 AT 2:00 PM**
**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR: 00: 09

Janis van Meerveld