November 13, 2016

United Federal Court
Attn: Honorable Judge Ivan L.R. Lemelle
500 Poydras St.
Section "B"
Hale Boggs Federal Building
New Orleans, La 70130

Dear Honorable Judge Lemelle;

Attached please find copy of the Administrative Remedy Procedure that I submitted for my accident on 10/16/16 at Saint Tammany Parish Jail.

Sincerely
Maria Spears

RECEIVED
NOV 21 2016
U.S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

STPSO Law Library
16 January 2016

# ADMINISTRATIVE REMEDY PROCEDURE

## This is a Request for Administrative Remedy

MARIA SPEARS
Offender's Name

205080
DOC#

Saint Tammany Parish Jail
Post Office Box 908
1200 Champagne Street
Covington, Louisiana 70434

10/16/16
Date of Incident/Complaint

St. Tammany Parish Jail / 9:30 am - Accident
Place/Time of Incident/Complaint

Describe Nature of Incident/Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW): On October 16, 2016 at around 9:30 am I fell off my bunk on bed #133 onto the cement ground. I was incoherent but according to inmates Silvia Garcia, Dafne Caballero, Shelly Eanson, Christy Caldwells etc It took paramedics a long time to get me off the ground. Paramedics

Is this an emergency grievance? (✓) Yes ( ) No    Is this time-sensitive? (✓) Yes ( ) No

Maria Spears — Offender's Signature
205080 — DOC#
10/16/16 — Date

**FOR OFFICE USE ONLY – DO NOT WRITE BELOW THIS LINE**

TO: ______________________
Offender's Name and DOC#

( ) ACCEPTED    Respond within 30 days/PREA 5 days
( ) REJECTED    Your request has been rejected for the following reason:

______________________

______________________

______________________

Date    ARP Screening Officer

Mail to either:

ARP Screening Officer
Post Office Box 94304
Baton Rouge, Louisiana 70804-9304

ARP Screening Officer
504 Mayflower Street
Baton Rouge, Louisiana 70802

Administrative Remedy Procedure
This is a Request for Administrative Remedy

Page 2
Maria Spears 205080
Offender's Name Doc #

arrived and I was placed in a strecher moved me going across bunk (2) across 10 to the gates and out the entire operation took them 30 minutes I arrive to Covington Regional Hospital where I was informed that the bones in my left eye were broken and severe damage and I need it surgery right away or my eye ball was going to fall backward, my cheek bone is broke and the L1 in my back is broken and also had a (~~good~~) gash on my forehead that required 9 stiches after Covington Regional Hospital I was transferred via Ambulance to University Medical Center in New Orleans due to the fact that they didn't have a specialist at Covington Regional Hospital. Doctor performed the eye surgery on October 17, 2016 and he informed me that he put a plate in order for the eye not to go backward. After the surgery I told the doctor that I was seen double and that my eye was not align with the other. Doctor informed me that was normal since the muscle was enflamated still. On 10/18/16 I was released from hospital I was in a lot of pain when I arrived at the jail. I was transferred directly to Medical I sat there on a wheelchair for an hour after that the nurse gave me an envelope with tylenol, Augmentin 875, Tramadol and Ultram which it didn't help me at all.

Administrative Remedy Procedure

Pag 3
Maria Spears
Offender's Name

205080
Doc#

On 10/20 Inmate Dafne Caballero and Janine Mason Called the Deputy several times reporting that I ~~(was)~~ needed medical attention. Nurse came by the dorm an hour later and made me walk to the door just to inform me they were not calling 911 and my horrible pain was normal and asked me to fill out a sick call after several sick calls were already turned in!! On 10/21 Friday night Janine Mason requested a nurse me officer Hardy came at 9:59 pm with a wheelchair to take me to medical and asked me to take my medicine with me when we arrived to medical the nurse asked me my symptoms I responded that I have been throwing up, light headed and nauseated. She started to count my medicine and she told me that I took 3 extra antibiotics by mistake thinking that they were IBU because the nurse mislabeled my medicine. 10/25/16 I informed officer Smith that my arm was numbed and she told me okay and never did Nothing at 10:00 pm I informed the nurse about my arm being numbed and she informed me that she was going to ask the doctor and she never came back. 10/26/16 7:00 am- I informed officer English about my arm and she told me she will bring me

Administrative Remedy Procedure

Pag 4

Maria Spears 205080

Offender's Name Doc#

to medical but was going to be a waste of time because I need it to fill out a sick call, as soon as we arrived to medical the nurse told as to fill out a sick call even before officer English had a chance to explain. I fill out a sick call and return to my bed. at around 11:00 am I was called to Medical Dr. Boch the psychiatric I enformed him that my left arm and leg were numbed. He proceed to perform a test with my socks on He took a pen and made a circle at the bottom of my feet with my socks on and also took a piece of napkin and passed from side to side and enstructed me to tell him when I felt the napkin I did and he was going to fast that I do believe he was confused. I don't understand how a test with my socks on could be accurate and knowing that my leg arm were numbed. He told me to get up and go that nothing was going on with me in such a RUDE way. I was upset because I know how I was feeling. I couldn't feel

my arm and leg. I went back to my bed praying that I will be okay. Few minutes later I returned to the dorm Lieutenant weary came I was in a lot of pain in my back with my arm and leg numbed so I tried to get her attention but officer English told me to leave her alone and that she couldn't help me.

10/20/16 My pain was unbearable I took all the medicine I can take Tylenol and Naproxen and my pain radiated to my chest.

10/30/16 I pressed the button at around 1:05 am and officer Tampinks came and I told him I was in a lot of pain that I couldn't take it any more. He took me to medical I was in tears and the nurse told me she was calling Dr. French the doctor on call for that day and he told her he couldn't do nothing that I need I need it to take the pain until Dr. Gore see me on Monday. I told her it was rediculous because I was in horrible pain that I couldn't take it any more and that I knew the doctor was not going to see me.

Administrative Remedy Procedure

Page 6

Maria Spears 205080

Offender's Name DOC#

On Monday I went back to my bed crying in pain.

10/31/16 at around 8:00 am I saw the medical list and my name was on the list I asked Officer Bextel if she had me on her list and she told me no and mentioned that Dr. Gore was going to be in until 11:00 anyways and she was going to check. At around 9:00 am Lieutenant Weary came in our dorm and I asked her if she could help me to see the doctor because I was in horrible pain. She informed me that she was not over that department but she was going to see what she could do for me. She was very pleasant person she looks concern finally someone. I believe she did help me because (5) minutes after she left my name was on the list. I saw Dr. Gore and he sugested I get re-evaluated at the hospital. I left to the hospital and the First doctor I saw gave me something for pain right away and placed a neck brace.

2nd Doctor was the one who performed my eye surgery, I explained to him that my eyes are not level and that I was seen double. He told me the reason was because the muscle was still inflamated and I need it to give it time.

Administrative Remedy Procedure.

Page 7
Maria Spears
Offender's Name.

205080
Doc#

3rd doctor I told her about the headache And also explained to her that I was forgetting things or I couldn't remember. I told her that I couldn't remember who Phillip was and that is my child and other things that I was having hard time remembering. I told her that my neck and my upper and lower back was hurting me a lot and that the 1st time I went to the hospital on 10/16/16 they took X-Ray of my lower back and I was told that the lower back was broke (L1) and also that leg and arm go to sleep some times. The doctor then told me that she was ordering MRI of the head, neck and upper back. Few minutes later I went to get my MRI and the technician did the MRI to the head and neck so I asked him how about my upper part he said the doctor didn't ordered. When I got back to my room I asked the nurse about MRI to my upper back and she told me that she didn't see that order and few minutes later she came back and told me that she found the order on a piece of paper and that it was going to entered in the computer so that the MRI will be done tomorrow morning. I was admitted to the hospital today.

Administrative Remedy Procedure

Page 8

Maria Spears 205080
Offender's Name DOC#

11/1/16 This morning I asked about my MRI of my upper back and I was told there was NO MRI ~~(and)~~ ordered then I was told I was getting a X-Ray from my lower back and shoulder which it was done already on 10/17/16. I told the doctor I was in a lot of pain and she told me ~~(if the)~~ "why if the accident happened yesterday" It shows she didn't read my file - they did the X-Ray and few minutes later I was been discharged. I told the nurse that How I I was being discharge without no one talking to me about my X-Ray? and who was going to remove my stiches? I told the nurse I was not going to sign anything without talking to the doctor. Few minutes later a lady came to my room to remove my stiches and she said she was from the Neurological department. She proceeded to ~~remo~~ remove my stiches and asked me what was wrong I told her about the pain in my back and my leg and she she said I need it a bone doctor and she said she was going to speak with her boss. Few minutes later her boss came which was the doctor who thought my accident happened the day before. She said they did the MRI to my upper back and she lied

Administrative Remedy Procedures

Page 9
MARIA SPEARS 205080
Offender's Name Doc#

because MRI to my upper back was never done. I told her I was in pain gave me a FIORICET and told me that the treatment she can give me they will not going to give it to me in jail and that "SHE DID PUT ME IN JAIL" she was very very mad. when I came back to prison I went straight to medical but they didn't give me nothing for pain just Tylenol which it doesn't help me at all. I told the nurse about the MRI and she told me she was going to talk to the Doctor to see if I can be send to another clinic. I didn't see any doctor 11/2/10 In the morning the nurse told me she was going to bring me medicine for pain finally she came with ELAVIL take at night for pain took the medicine and made my body twitch it was horrible.
11/3/10 Pain unbearable I took Tylenol Neproxen and at night "ELAVIL" again gave me weird reaction I couldn't breath
11/4/10 I was taken to University Medical for a follow up appointment and I told I was still seen double so he push down the bottom of my eye til it hurts. He apologized and told me if I was seen double still and I told him yes then he said that the eye was still inflamated

Administrative Remedy Procedure

Page 10
Maria Suero 205080
Offender's Name Doc #

When we got outside the sun hit my eye and it felt like needles going thru my left eye and my vision got blurry when I got back to the prison the officer took me to medical I was seen by Dr. French and I told him about my eye and he didn't even address my eye issue. I told him I was in a lot of pain and he said if is narcotic you are looking for we are not going to give it to you. I told him that I was tired of them saying that because I was never been addicted to pain killer nor drugs and all I wanted was the pain to go away if he could give me anything that didn't have to be (~~Narcotics~~) Narcotics as long as the pain go away. He told me that Dr. Gore gave me ELAVIL which was a great choice for pain, well ELAVIL is for depression, axiety and help you sleep and I don't have any of those symptoms??? I also told him the side affects I had with this medicine but everything I ~~told~~ him he ignore well almost because he told me ~~to~~ that my body has to get use to it and he didn't addres my eye situation.

11/5/10 I took 5 IBU today so I can tolerate this horrible pain
11/7/16 Gave nurse sick call
11/8/16 Went to medical to see Dr Gore and told him that I couldn't see from

# Administrative Remedy Procedure

Page 11
Maria Spears — 205080
Offender's Name — DOC #

my left eye he told me to wait few weeks for my follow-up to address the problem. I told him the pain on my ~~(neck)~~ back and leg and ~~he told~~ told him what happened at the hospital that I didn't get a MRI on my upper back and he responded that the MRI will not show ~~that th~~ what they are looking for, so he told me I was going to get X-Ray of my upper back tommorrow and to take IBU and Tylenol for pain 11/9/16 Took X-Ray of my upper back with X-Ray machine that look so updated which I am not sure if is going to be accurate.

I wrote a complaint to the warden never got response.

Since I fell off bunk #133 it has been ~~(unbearable)~~ a nightmare. the pain has been unbearable. I have to take 5 tylenols every time to take the pain at least to lower the pain but never goes away. I am not remembering things at times, my left eye has almost no visions, my upper and lower back pain is so horrible that during the bible classes I have to get up every 15 minutes stand up and sit down and the pain increases that the bone,

Administrative Remedy Procedure

Page 12

Maria Spears
Offender's Name

205080
Doc #

on my throat hurts too. I don't feel the left side of my face. Headache on my left side are horrible all I can stand up is 15 minutes after that I feel like my back can't hold my body. when I am sleeping the pain wakes me up from my neck to my tail bone even when I move my head while I am sleeping it hurts. I haven't have a good night sleep in a long time. I don't complain any more because they make you feel like you want narcotics and like I said before I never done drugs nor I never been addicted to pain killer. My pain is real most of people will be crying if they had the pain I have.

This place make you feel that you are not human that you don't deserve treatment, that a human life don't matter. I did not plan to fall off the bunk when I came here I was healthy I am a person who respect authority and I obey everything that I am being told but they way I have been treated here is unhuman. I might loose my eye sight because I have to wait weeks maybe if the doctor can see me soon he can take care of my problem. It is frustrating and disapointed how some of the deputies

Administrative Remedy Procedure
Page 13
Maria Spears 205080
Offender's Name Doc#

have disregard for humanity and the doctors they take an oath that they will help the sick but in here I guess they forget. My pain is real.

I go day in and out in pain and to this day I don't know the results for my upper back X-Ray which I don't know how accurate is going to be with an outdated machine.

We are humans being here because even criminal need to be taking care off. We have rights.

Cc: Attorney
Federal Judge - Ivan L.R. Lemelle
US Marshalls - Deputy Ramirez
Office of Human Rights

Maria Spears
P.O. Box 908
Bed # 108
Covington, La 70433

PLACE STICKER AT
OF THE RETURN A
CERTIFI

7016 1370 0000 5483 0267

UNITED STATES POSTAL SERVICE
1000
70130

NOV 16, 16
AMOUNT
$6.89
R2304H109509-04

U. S. MARSHALS

RETURN RECEIPT REQUESTED

United State Federal Court
Attn: Honorable Judge Ivan L.R. Lemelle
500 Poydras St
Section "B"
Hale Boggs Federal Building
New Orleans LA 70130